UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY ANN MUSTAFA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br><br>　　　　　Defendant. | Case No.: C 08-2638 PVT<br><br>**INTERIM ORDER RE PLAINTIFF'<br>APPLICATION TO PROCEED IN<br>FORMA PAUPERIS** |

On May 27, 2008, Plaintiff filed an Application to Proceed *In Forma Pauperis*.[1] Based on the application presented,

IT IS HEREBY ORDERED that no later than June 17, 2008, Plaintiff shall supplement her response to Question No. 5 to state the total amount owed on her mortgage at this time. (Plaintiff appears to have provided the amount of her monthly payment rather than the total balance due.)

Dated: *5/30/08*

　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*