HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MARY ANN MUSTAFA, | ) | Civil No. C 08-2638 PVT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Wednesday, October 29, 2008 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently needs to brief for this court (5) in and around this time period.

1

STIPULATION AND ORDER

|   |   |
|---|---|
|   | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: September 29, 2008 | /s/<br>SARAH RYAN<br>Special Assistant U.S. Attorney |
| Dated: September 29, 2008 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>MARY ANN MUSTAFA |

IT IS SO ORDERED.

Dated: 9/30/08

HON. PATRICIA V. TRUMBULL
United States Magistrate Judge

2

STIPULATION AND ORDER