1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   SARAH RYAN,
4  State Bar of Texas #17479500
   Special Assistant United States Attorney
5
          333 Market Street, Suite 1500
6         San Francisco, California 94105
          Telephone: (415) 977-8978
7         Facsimile: (415) 744-0134

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

13  MARY ANN MUSTAFA,                )
                                     )   CIVIL NO. CV-08-2638 PVT
14        Plaintiff,                 )
                                     )
15        v.                         )   STIPULATION AND ORDER OF REMAND
                                     )
16  MICHAEL J. ASTRUE,               )
    Commissioner of                  )
17  Social Security,                 )
                                     )
18        Defendant.                 )
                                     )

19

20        IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

21  approval of the Court, that this action be remanded to the Defendant, Commissioner of Social Security,

22  pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The purpose of the remand is to

23  offer Plaintiff a new hearing and decision.

24        Upon remand, the Office of Disability Adjudication and Review (ODAR) will vacate the prior

25  decision and remand this case to an Administrative Law Judge (ALJ) for further administrative

26  proceedings.  Upon remand, Plaintiff will be offered a new hearing, with the opportunity to present new

27  evidence and arguments.  ODAR will direct the ALJ reevaluate the period predating December 7, 2004,

28  to determine whether an earlier onset date of disability is warranted, with medical expert input pursuant

to Social Security Ruling 83-20.

Dated:   October 23, 2008.            /s/ *Harvey P. Sackett*
                                      *(As authorized by facsimile)*
                                      HARVEY P. SACKETT
                                      Attorney for Plaintiff


                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel

Dated:   October 15, 2008       By:   /s/ *Sarah Ryan*
                                      SARAH RYAN
                                      Special Assistant United States Attorney

                                      Attorneys for Defendant

                                      United States Social Security Administration


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The Clerk of Court is hereby ORDERED to enter a separate judgment pursuant to F. R. Civ. P. 58.


Dated:    10/28      ,2008            _____
                                      The Hon. PATRICIA V. TRUMBULL
                                      United States Magistrate Judge