1    JOSEPH P. RUSSONIELLO
     United States Attorney
2    LUCILLE GONZALES MEIS, SBN CO 15153
     Regional Chief Counsel, Region IX
3    Social Security Administration
     SARAH RYAN, State Bar of Texas 17479500
4    Special Assistant United States Attorney

5        333 Market Street, Suite 1500
         San Francisco, California 94105
6        Telephone:  (415) 977-8943
         Facsimile:  (415) 744-0134
7        E-Mail: sarah.ryan@ssa.gov

8    Attorneys for Defendant

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12

13   MARY ANN MUSTAFA,                )
                                      )        CIVIL NO. CV-08-2638 PVT
14        Plaintiff,                  )
                                      )        STIPULATION AND [PROPOSED] ORDER
15            v.                      )        AWARDING ATTORNEY FEES UNDER
                                      )        THE EQUAL ACCESS TO JUSTICE ACT
16   MICHAEL J. ASTRUE,               )        (28 U.S.C. § 2412(d))
     Commissioner of Social Security, )
17                                    )
          Defendant.                  )
18   _____)

19

20        IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the

21   approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act in

22   the amount of ONE THOUSAND DOLLARS AND NO CENTS (**$1,000**).  This amount represents

23   compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this

24   civil action for services performed before the district court in accordance with 28 U.S.C. §§ 1920 and

25   2412(d).

26        This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees

27   and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment in

28   the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all

     claims, rights, causes of action, liens or subrogated interests relating to attorneys fees and costs incurred

1  in this action under EAJA.

2      The parties further stipulate that Plaintiff has made a valid assignment of all his interest in said

3  attorney's fees to his counsel, HARVEY P. SACKETT.  Subject to the approval of the Court, the parties

4  agree that said attorney's fees shall be paid directly to Plaintiff's attorney in said attorney's name at said

5  attorney's address as follows:

6                          Harvey P. Sackett
                           Attorney at Law
7                          P. O. Box 5025
                           San Jose, CA 95150-5025.

8      The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel

9  from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset

10  provisions of the law.

11                                      Respectfully submitted,

12

13  Dated: November 20, 2008__          /s/ Harvey P. Sackett
                                        (As authorized via facsimile)
14                                      HARVEY P. SACKETT
                                        Attorney for Plaintiff
15
   Dated: November 19, 2008  _____     JOSEPH P. RUSSONIELLO
16                                      United States Attorney
                                        LUCILLE GONZALES MEIS
17                                      Regional Chief Counsel, Region IX
                                        Social Security Administration
18

19                                      By  /s/ Sarah Ryan
                                        SARAH RYAN
20                                      Special Assistant United States Attorney

21                                      Attorneys for Defendant

22

23                                      ORDER

24

25  IT IS SO ORDERED:

26

27  Dated: _____11/21/08_____   *Patricia V. Trumbull*
                                        THE HONORABLE PATRICIA V. TRUMBULL
28                                      United States Magistrate Judge

                                        2